# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EN DONG, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUPER HIBACHI DULUTH, INC., )<br>YUN BAO HUANG, and )<br>YONGZHAO YAN, )<br>)<br>Defendants. ) | Civil Action File<br>No. 1:21-cv-04689-MHC |

## PLAINTIFF'S LOCAL RULE 5.4
## CERTIFICATE OF SERVICE OF DISCOVERY

Plaintiff, En Dong, by and through counsel and pursuant to Rule 5.4 of the Local Rules for the Northern District of Georgia, certifies that the following documents have been served on all parties to this action via their respective counsel of record:

- Plaintiff's Initial Disclosures.

Respectfully submitted, this February 4, 2022.

**HALL & LAMPROS, LLP**

By:  */S/ Brittany A. Barto*

Gordon Van Remmen<br>
Ga. Bar # 215512<br>
Brittany A. Barto<br>
Ga. Bar # 501673<br>
<br>
*Attorneys for Plaintiff*

400 Galleria Pkwy
Suite 1150
Atlanta, Georgia 30339
(404) 876-8100
(404) 876-3477 fax
gordon@hallandlampros.com
brittany@hallandlampros.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, I electronically filed the foregoing **Plaintiff's Local Rule 5.4 Certificate of Service of Discovery** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Whitney DuPree
SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
whitney@spirelawfirm.com

                                **HALL & LAMPROS, LLP**

                                */S/ Brittany A. Barto*
                                Brittany A. Barto
                                Ga. Bar # 501673