UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EN DONG,

    Plaintiff,

v.                                         Case No. 1:21-cv-04689-MHC

SUPER HIBACHI DULUTH, INC.,
YUN BAO HUANG, and
YONGZHAO YAN,

    Defendants.
_____/

## DEFENDANTS' LOCAL RULE 5.4
## CERTIFICATE OF SERVICE OF DISCOVERY

Defendants, Super Hibachi Duluth, Inc. ("Super Hibachi"), Yun Bao Huang and Yongzhao Yan, (collectively, "Defendants"), through undersigned counsel and pursuant to Rule 5.4 of the Local Rules for the Northern District of Georgia, certifies that the following documents have been served on all parties to this action via their respective counsel of record:

- Defendants' Initial Disclosures

Respectfully submitted this 7th day of February, 2022.

Respectfully submitted,
SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Whitney M. DuPree*
   Whitney M. DuPree, Esq.
   Georgia Bar No. 880909
   whitney@spirelawfirm.com
   sarah@spirelawfirm.com
Attorney for Defendants | Super Hibachi Duluth, Inc., Yun Bao Huang and Yongzhao Yan

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*Whitney M. DuPree*
Attorney